STUART HANLON, SBN: 06104
LAW OFFICES OF STUART HANLON
179 - 11TH Street, 2nd Floor
San Francisco, California 94103
(415)864-5600

Attorneys for Defendant
DAVID JOHN CALDER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR04-0138 WHA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING SENTENCING** |
| DAVID JOHN CALDER, | |
| Defendant. | |

The United States, by and through its counsel Assistant United States Attorney Blake Stamm, and the defendant, by and through his counsel, Stuart Hanlon, hereby jointly requests that the sentencing in this case be continued from August 14, 2007 to August 28, 2007 at 2:00 p.m.

Counsel Stuart Hanlon will be out of town and unavailable. Mr. Hanlon must be present at the sentencing in this matter and it is respectfully requested that based on this stipulation of the parties that the matter of sentencing be continued to August 28, 2007.

*Calder: Stipulation & Order Re Continuation of Sentencing*                    1

1      The United States Probation Officer assigned to this case

2 has been advised of the requested continuance of sentencing date

3 and has no objection.

4

5 Dated: June 27, 2007

6                               BLAKE STAMM
                              Assistant U.S. Attorney

7

8 Dated: June 27, 2007

9                               Stuart Hanlon
                              Attorney for Defendant
10                               DAVID JOHN CALDER

11

12                          ORDER

13      Based on the stipulation of the parties, and good cause

14 appearing, it is hereby ordered that sentencing in this matter be

15 continued until August 28, 2007 at 2:00 p.m.
                      29

16 Dated: July 2, 2007.

17                             THE HON. JUDGE WILLIAM ALSUP
18                             United States District Court Judge

19

20

21

22

23

24

25

26

27

28 *Calder: Stipulation & Order Re Continuation of Sentencing*            2